**Andrew Wilson**, OSB # 125006
andrew@fwfirm.com
**FERGUSON & WILSON, P.C.**
900 West 8th Street, Medford, OR 97501
541-772-6462; Fax: 541-414-6655

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| GINA MARIE GRAY,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 1:16-CV-01778-JE<br><br>**ORDER** |

Upon consideration of Plaintiff's Motion Re: Attorney Fees and Costs Pursuant to the EAJA (Equal Access to Justice Act, 28 U.S.C. 2412(d)),

It is hereby ORDERED that the Motion is granted. Defendant shall pay $2,496.72 in attorney's fees and $96.60 in expenses under 28 U.S.C. § 2412, and $400.00 in costs under 28 U.S.C. § 1920.

Pursuant to *Astrue v. Ratliff*, 130 S.Ct 2521, 2528-29 (2010), EAJA fees awarded by this Court belong to Plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)). If after receiving the Court's EAJA fee order, the Commissioner determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt

1 - ORDER

that is subject to offset under the Treasury Offset Program, the fees will be made payable to Plaintiff's attorney.  However, if there is a debt owed that is subject to offset under the Treasury Offset Program, any remaining EAJA fees after offset will be paid by a check payable to Plaintiff but delivered to Plaintiff's attorney Andrew Wilson at 900 West 8th Street, Medford, OR 97501.

Dated this 7th day of August, 2017

/s/ John Jelderks
Honorable John Jelderks
United States Magistrate Judge

2  -  ORDER